IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Shalonda Gordan,** | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Civil Case No: 2:07-cv- 371-WKW |
| | * | |
| **Mobis Alabama, LLC,** | * | **JURY TRIAL DEMANDED** |
| | * | |
| | * | |
| **Defendant.** | | |

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff, Shalonda Gordan moves this Honorable Court for an order allowing him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached declarations in support of the motion.

RESPECTFULLY SUBMITTED on this the __30th___ day of April, 2007.

K. ANDERSON NELMS (NEL022)
ASB-6972-E63K
Plaintiffs' Attorneys

OF COUNSEL:
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (voice)
(334) 832-4390 (fax)
ASB-6972-E63K
andynelms@jaylewislaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Shalonda Gordan, Shalonda Gordon  *
    Plaintiff,  *
                            *
    v.  *   Civil Case No.:2:07-cv-371-WKW
                            *
Mobis Alabama, LLC,  *   JURY TRIAL DEMANDED
                            *
    Defendant.

### AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED *IN FORMA PAUPERIS*

      I, Shalonda Gordan declare and say under penalty of perjury that I am a plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.
I further swear that the responses which I have made to questions and instructions below are true.

1.    Are you presently employed? Yes ( )   No (X)

A.    If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

B.    If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer.

      1. Mobis Alabama LLC - August 25, 2006 - $12.50 an hr

2.    Have you received within the past twelve months any money from any of the following sources?

| | | | |
|---|---|---|---|
| A | Business, profession, or form of self-employment? | Yes ( ) | No ( x ) |
| B. | Rent payments, interest, or dividends? | Yes ( ) | No ( x ) |
| C. | Pensions, annuities, or life insurance payments? | Yes ( ) | No ( x ) |
| D. | Gifts or inheritances? | Yes ( ) | No ( x ) |
| E. | Any other sources? | Yes ( x ) | No ( ) |

If the answer to any of the above is YES, describe each source of money and state the amount

received from each during the past twelve months.
   WIC and food stamps

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts].   Yes ( x )   No ( )

If the answer is YES, state the total value of the items owned.
   Cash in account is less than $20.00 dollars

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   Yes ( )   No ( x )

If the answer is YES, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   Taundria Gordan - daughter

   Taundria A. McGhee

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

4-19-07
Executed on   (date)

_Shalonda V. Blondon_
Signature of Affiant