IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALONDA GORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-371-WKW |
| ) | |
| MOBIS ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the court on the Motion to Proceed *In Forma Pauperis* (Doc. # 2), filed by the plaintiff on April 30, 2007.

Upon a review of the affidavit in support of the motion, the court finds the plaintiff to be indigent. Upon a review of the Complaint, the court finds that, based on allegations contained therein, the action is neither frivolous nor malicious. Therefore, pursuant to 28 U.S.C. § 1915, the motion is GRANTED, and it is hereby ORDERED that the plaintiff is allowed to proceed without prepayment of fees, costs, or security. The court notes that this does not excuse the plaintiff from having costs taxed against her at the conclusion of this action, in the event she should be unsuccessful.

Done this 16th day of May, 2007.

                                                  /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE