◆AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

**Middle** District of **Alabama**

SHALONDA GORDON

V.

MOBIS OF ALABAMA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-371-WKW

TO: (Name and address of Defendant)

MOBIS OF ALABAMA
1395 MITCHELL YOUNG RD
MONTGOMERY, AL 36108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. Anderson Nelms
Law Offices of Jay Lewis
P.O Box 5059
Montomrey, AL 36103

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                   May 17, 2007

CLERK                                                     DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

_____
*Signature of Server*

_____
*Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .39 | 2:07cv371-WKW |
|---|---|---|---|
| Certified Fee | | 2.40 | 5-07 |
| Return Receipt Fee (Endorsement Required) | | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | 3.50 | |
| Total Postage & Fees | $ | 8.62 | |

7005 2054 6853 0003 0300 [barcode]

MOBIS OF ALABAMA
1395 MITCHELL YOUNG RD
MONTGOMERY, AL 36108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PS Form 3800, June 2002