Gordon

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

S OF ALABAMA
MITCHELL YOUNG RD
GOMERY, AL 36108

2:07cv371-WKW (Cmpl Summ 20 dys)

2. Article Number (Copy from service)
7006 0100 0003 2054 6853

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Monique Cole
B. Date of Delivery: 5/18/07
C. Signature: X Monique Coleman
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952