UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALONDA GORDON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No.: 2:07-cv-371-WKW |
| MOBIS ALABAMA, LLC, | ) ) ) |
| Defendant. | ) |

**DEFENDANT MOBIS ALABAMA, LLC'S**
**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, Defendant Mobis Alabama, LLC hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Mobis Alabama, LLC is a single member limited liability company. Its single member is Mobis America, Inc., a privately held company in the United States. Its parent company is Hyundai Motor Group, Ltd. Hyundai Motor Group, Ltd. is traded on the Korean Stock Exchange.

Respectfully submitted this 13th day of June, 2007.

s/ Henry C. Barnett, Jr.
**HENRY C. BARNETT, JR. (BAR037)**

*ATTORNEY FOR DEFENDANT*

1092919

OF COUNSEL:
CAPELL & HOWARD, P. C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-3069
(334) 241-8000
(334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on the following parties or attorney via CM/ECF, on this the 13th day of June, 2007:

Jay Lewis
Andy Nelms
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama 36103

        s/Henry C. Barnett, Jr.
        OF COUNSEL

1092919