# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SHALONDA GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.:  2:07-cv-371-WKW |
| ) | |
| MOBIS ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances.** Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on July 19, 2007 by telephone and was attended by:

    Keith Anderson Nelms
    Law Offices of Jay Lewis
    Attorney for Plaintiff Shalonda Gordon

    Henry C. Barnett, Jr.
    Capell & Howard, P.C.
    Attorney for Defendant Mobis Alabama LLC

2. **Pre-Discovery Disclosures**. The parties will exchange by August 30, 2007 the information required by Federal Rules of Civil Procedure 26(a)(1).

3. **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects:

       1. All information pertaining to Plaintiff's claims and damages.

       2. All information pertaining to Defendant's defenses.

       3. Facts known to other persons believed to have discoverable information relevant to the claims and defenses of the parties.

    b. All discovery commenced in time to be completed by August 25, 2008.

1095603

    c.    There will be a maximum of twenty-five (25) interrogatories including sub-parts by each party to any other party. Responses due 30 days after service.

    d.    There will be a maximum of twenty-five (25) requests for production including sub-parts by each party to any other party. Responses due 30 days after service.

    e.    There will be a maximum of twenty-five (25) for admission including sub-parts by each party to any other party. Responses due by 30 days after service.

    f.    The parties agree that no more than five (5) depositions may be taken by a party without leave of the court or agreement of the parties. Except as stated below, each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties. The depositions of the Plaintiff and Defendant's 30(b)(6) witness will be limited to 10 hours unless extended or modified by agreement of the parties or approved by the Court.

    g.    Reports from retained experts under Rule 26(a)(2) will be due:
from Plaintiff by June 16, 2008
from Defendant by July 14, 2008

    h.    Supplementations under Rule 26(e) are due within thirty (30) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional corrective information has not otherwise been made known to other parties in the discovery process or in writing.

4.    **Other Items**.

    a.    **Scheduling Conference**
The parties do not request a conference with the court before entry of the scheduling order.

    b.    **Pretrial Conference**
The parties request a pretrial conference on or about September 8, 2007

    c.    **Additional Parties, Claims and Defenses**
Plaintiff should be allowed until October 18, 2007 to join additional parties and to amend the pleadings.

Defendant should be allowed until November 16, 2007 to join additional parties and to amend the pleadings.

    d.    **Dispositive Motions**
All potentially dispositive motions should be filed by June 10, 2008.

    e.    **Settlement**

Parties will evaluate settlement possibilities on a continuing basis.

A face-to-face settlement conference should take place by July 2, 2008.

Plaintiff is to file a Notice Concerning Settlement Conference and Mediation by July 7, 2008.

    f.    **Trial Evidence**

The final list of witnesses and trial evidence under Rule 26(a)(3) should be due September 8, 2008.

The Parties should have fourteen (14) days after service to list objections under Rule 26(a)(3).

Identification of responsive parts to depositions should be due by September 15, 2008.

Voir dire questions, motions in limine fully briefed, and any proposed jury instructions should be due by October 6, 2008.

    g.    **Trial Date**

The case should be ready for trial by October 20, 2008 and at this time is expected to take approximately five (5) days. The Parties are aware that this Court's Rule 26(f) Order (Doc. 9) requires a trial date within seven (7) to ten (10) months of its issuance. Due to the already heavy trial dockets of both counsel in that time frame, the Parties respectfully request that an exception be made in this case.

1095603

Respectfully submitted on this the 19th day of July, 2007.


/s/ Keith Anderson Nelms
KEITH ANDERSON NELMS
*ATTORNEY FOR PLAINTIFF*
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama 36103


s/ Henry C. Barnett, Jr.
HENRY C. BARNETT, JR. (BAR037)
*ATTORNEY FOR DEFENDANT*
CAPELL & HOWARD, P. C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-3069
hcb@chlaw.com

1095603