UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALONDA GORDON, | * |
| Plaintiff | * |
| | * |
| v. | * CIVIL ACTION NO. 2:07-cv-00371-WKW-WC |
| | * |
| MOBIS ALABAMA, LLC., | * |
| Defendant. | * |

**MOTION TO WITHDRAW**

**COMES NOW**, undersigned counsel, and respectfully requests that this Honorable Court allow him to withdraw from the above referenced case and as grounds therefore, states the following:

There has been a breakdown in the attorney/client relationship such that the undersigned can no longer represent the Plaintiff, Shalonda Gordon.

**WHEREFORE, THE PREMISES CONSIDERED**, the undersigned counsel respectfully requests that this Honorable Court allow him to withdraw as counsel of record for the Plaintiff, Shalonda Gordon.

**RESPECTFULLY SUBMITTED** on this the 18th day of January, 2008.

/s/ K. Anderson Nelms
Keith Anderson Nelms
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
847 So. McDonough Street, Ste 100
Montgomery, Alabama, 36104
Voice (334) 263-7733
Fax (334) 263-7733
andynelms@andersonnelms.com

OF COUNSEL:
LAW OFFICE OF JAY LEWIS, L.L.C.
847 S. McDonough Street
Montgomery, AL 36104

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day filed and/or served a copy of the foregoing via the CM/ECF system and/or by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid upon:

    Henry C. Barnett, Jr.
    150 South Perry Street
    Montgomery, AL 36102-3069

on this the 18th day of January, 2008.


                                  /s/ K. Anderson Nelms
                                  Keith Anderson Nelms
                                  Attorney for Plaintiff
                                  Law Offices of Jay Lewis, LLC
                                  847 So. McDonough Street, Ste 100
                                  Montgomery, Alabama, 36104
                                  Voice (334) 263-7733
                                  Fax (334) 263-7733
                                  andynelms@andersonnelms.com