UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALONDA GORDON, | * |
| Plaintiff | * |
| | * |
| v. | *  CIVIL ACTION NO. 2:07-cv-00371-WKW-WC |
| | * |
| MOBIS ALABAMA, LLC., | * |
| Defendant. | * |

**AMENDMENT TO MOTION TO WITHDRAW**

**COMES NOW**, undersigned counsel, and respectfully requests that this Honorable Court allow him to amend his *Motion to Withdraw* in the above referenced case as follows:

Inadvertently, Plaintiff Shalonda Gordon was omitted from the Certificate of Service on counsel's *Motion to Withdraw*. However, counsel has mailed copies of both the *Motion to Withdraw* and this *Amendment to Motion to Withdraw* to Plaintiff.

**WHEREFORE, THE PREMISES CONSIDERED**, the undersigned counsel respectfully requests that this Honorable Court allow him to amend his *Motion to Withdraw* as described herein.

**RESPECTFULLY SUBMITTED** on this the 22nd day of January, 2008.

/s/ K. Anderson Nelms
Keith Anderson Nelms
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
847 So. McDonough Street, Ste 100
Montgomery, Alabama, 36104
Voice (334) 263-7733
Fax (334) 263-7733
andynelms@andersonnelms.com

OF COUNSEL:
LAW OFFICE OF JAY LEWIS, L.L.C.
847 S. McDonough Street
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day filed and/or served a copy of the foregoing via the CM/ECF system and/or by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid upon:

    Henry C. Barnett, Jr.
    150 South Perry Street
    Montgomery, AL 36102-3069

    Shalonda Gordon
    62 Fred Gordon Drive
    Hayneville, Alabama 36040

on this the 22nd day of January, 2008.

                                         /s/ K. Anderson Nelms
                                         Keith Anderson Nelms
                                         Attorney for Plaintiff
                                         Law Offices of Jay Lewis, LLC
                                         847 So. McDonough Street, Ste 100
                                         Montgomery, Alabama, 36104
                                         Voice (334) 263-7733
                                         Fax (334) 263-7733
                                         andynelms@andersonnelms.com