IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALONDA GORDON,            )<br>                                              )<br>        Plaintiff,                      )<br>                                              )<br>    v.                                     )      CASE NO. 2:07-CV-371-WKW<br>                                              )<br>MOBIS ALABAMA, LLC,       )<br>                                              )<br>        Defendant.                   ) | |

### ORDER

This case is before the court on a Motion to Withdraw (Doc. # 15) and Amendment to Motion to Withdraw (Doc. # 16) filed by plaintiff's counsel, in which the plaintiff's attorney seeks to withdraw from representation because there has been a breakdown in the attorney/client relationship. Plaintiff's counsel has mailed a copy of both the motion and amendment to the motion to the plaintiff. It is ORDERED that **on or before February 5, 2008**, plaintiff's counsel shall inform the court as to whether the plaintiff objects to the motion.

DONE this 23rd day of January, 2008.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE