UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALONDA GORDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-cv-00371-WKW-WC |
| | ) |
| MOBIS ALABAMA, LLC., | ) |
| | ) |
| Defendant. | ) |

**RESPONSE TO ORDER TO SHOW CAUSE**

**COMES NOW**, undersigned counsel for Plaintiff, responding to this Honorable Court's Order to Show Cause, as to whether Plaintiff objected to the undersigned counsel's Motion to Withdraw, in the above entitled and numbered case, and as grounds therefore, states the following:

1. On January 11, 2008, the undersigned counsel mailed to Plaintiff a letter requesting that Plaintiff contact him promptly regarding her case.

2. On January 18, 2008, the undersigned counsel filed a Motion to Withdraw as Plaintiff's counsel.

3. On January 22, 2008, the undersigned counsel filed an Amendment to his Motion to Withdraw as Plaintiff's counsel certifying that he mailed a copy of both the original Motion to Withdraw and the amendment thereto to Plaintiff.

4. On January 24, 2008, Plaintiff signed the certified mail receipt indicating her receipt of the documents described in paragraph 3.

5. As of the date of the filing of this Response, Plaintiff has not contacted the undersigned

counsel regarding either his letter as described in paragraph 1, or the motion and amendment thereto as described in paragraph 3.

6.  As a result of the foregoing, Plaintiff's counsel reasonably believes that Plaintiff has no objections to his Motion to Withdraw.

**WHEREFORE, THE PREMISES CONSIDERED**, the undersigned counsel respectfully requests that this Honorable Court allow him to withdraw as counsel of record for the Plaintiff, Shalonda Gordon.

**RESPECTFULLY SUBMITTED** on this the 12th day of February, 2008.

/s/ K. Anderson Nelms
Keith Anderson Nelms
Attorney for Plaintiff
847 So. McDonough Street, Ste 100
Montgomery, Alabama, 36104
Voice (334) 263-7733
Fax (334) 263-7733
andynelms@andersonnelms.com

OF COUNSEL:
Anderson Nelms & Associates, LLC
847 S. McDonough Street, Suite 100
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed and/or served a copy of the foregoing via the CM/ECF system and/or by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid upon:

Shalonda Gordon
62 Fred Gordon Drive
Hayneville, AL 36040

Henry C. Barnett, Jr.
150 South Perry Street
Montgomery, AL 36102-3069

on this the 12th day of February, 2008.

                                                <u>Of Counsel:</u>
                                                <u>/s/ K. Anderson Nelms</u>
                                                Keith Anderson Nelms