IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALONDA GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-371-WKW |
| ) | |
| MOBIS ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This case is before the court on a Motion to Withdraw (Doc. # 15) and Amendment to Motion to Withdraw (Doc. # 16) filed by plaintiff's counsel, in which the plaintiff's attorney seeks to withdraw from representation because there has been a breakdown in the attorney/client relationship. The court ordered (Doc. # 17) plaintiff's counsel to mail copies of the motions to the plaintiff and inform the court whether the plaintiff objects to the motion. Plaintiff's counsel sent the two motions to the plaintiff by certified mail.

It is ORDERED that:

1. Plaintiff's counsel shall submit a copy of the signed certified mail receipt confirming the mailing to the plaintiff referenced above to the court **on or before February 28, 2008.**

2. The Clerk is DIRECTED to send a copy of this order to the plaintiff by certified mail to the plaintiff at 62 Fred Gordon Drive, Hayneville, AL, 36040.

3. The Plaintiff shall inform the court **on or before March 14, 2008,** whether she

intends (1) to represent herself, (2) to hire new counsel, and if so, when, or (3) dismiss the case. Plaintiff shall mail her filing to United States District Court Clerk's Office, P. O. Box 711, Montgomery, AL, 36101, or shall bring it to 1 Church St, Montgomery, AL, 36101. Failure to respond may result in dismissal of the case.

    DONE this 21st day of February, 2008.

                                          /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE