UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALONDA GORDON, | * |
|     Plaintiff | * |
| | * |
| v. | *   CIVIL ACTION NO. 2:07-cv-00371-WKW-WC |
| | * |
| MOBIS ALABAMA, LLC., | * |
|     Defendant. | * |

## MOTION TO WITHDRAW

**COMES NOW**, undersigned counsel, and respectfully requests that this Honorable Court allow him to withdraw from the above referenced case and as grounds therefore, states the following:

The honorable Keith Anderson Nelms of this office has been the lead attorney in this matter; the undersigned has had little, if any, communication with the Plaintiff. Mr. Nelms has declared that "[t]here has been a breakdown in the attorney/client relationship such that [Mr. Nelms] can no longer represent the Plaintiff, Shalonda Gordon."

The undersigned counsel, having been on the pleadings solely to assist should the need arise, avers that any breakdown in the attorney/client relationship applies equally to him.

**WHEREFORE, THE PREMISES CONSIDERED**, the undersigned counsel respectfully requests that this Honorable Court allow him to withdraw as counsel of record for the Plaintiff, Shalonda Gordon.

**RESPECTFULLY SUBMITTED** on this the 22nd day of February, 2008.

                                        /s/ JAY LEWIS
                                        Jay Lewis
                                        Attorney for Plaintiff
                                        Law Offices of Jay Lewis, LLC

>P.O. Box 5059
>Montgomery, Alabama, 36103
>Voice (334) 263-7733
>Fax (334) 263-7733
>J-Lewis@JayLewisLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 22nd day of February, 2008, filed and/or served a copy of the foregoing via the CM/ECF system and/or by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid upon:

Henry C. Barnett, Jr.
150 South Perry Street
Montgomery, AL 36102-3069

Shalonda Gordon
62 Fred Gordon Drive        (VIA CERTIFIED MAIL)
Hayneville, AL 36040


>/s/ JAY LEWIS
>Jay Lewis
>Attorney for Plaintiff
>Law Offices of Jay Lewis, LLC
>P.O. Box 5059
>Montgomery, Alabama, 36103
>Voice (334) 263-7733
>Fax (334) 263-7733
>J-Lewis@JayLewisLaw.com