IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHALONDA GORDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOBIS ALABAMA, LLC, )<br>)<br>Defendant. ) | CASE NO. 2:07-CV-371-WKW |

**ORDER**

For good cause shown, it is ORDERED that:

1. Plaintiff's Motion to Withdraw (Doc. # 15) and Amendment to Motion to Withdraw (Doc. # 16) filed by plaintiff's counsel Kenneth Nelms are GRANTED.

2.. Plaintiff's Motion to Withdraw (Doc. # 20) filed by plaintiff's counsel Jay Lewis is GRANTED.

3. The Clerk is DIRECTED to send a copy of this order to the plaintiff by certified mail to the plaintiff at 62 Fred Gordon Drive, Hayneville, AL, 36040.

DONE this 22nd day of February, 2008.

　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE