# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SHALONDA GORDON, | * |
| Plaintiff | * |
| | * |
| v. | * CIVIL ACTION NO. 2:07-cv-00371-WKW-WC |
| | * |
| MOBIS ALABAMA, LLC., | * |
| Defendant. | * |

## RESPONSE TO ORDER

**COMES NOW**, undersigned counsel, in response to this Court's Order # 19, and files herewith a copy of the U.S. Certified Mail return receipt, attached hereto as Exhibit A, which indicates that Plaintiff Shalonda Gordon received copies of the Motions to Withdraw.

**RESPECTFULLY SUBMITTED** on this the 28th day of February, 2008.

/s/ K. Anderson Nelms
Keith Anderson Nelms
Attorney for Plaintiff
Anderson Nelms & Associates, LLC
847 So. McDonough Street, Ste 100
Montgomery, Alabama, 36104
Voice (334) 263-7733
Fax (334) 263-7733
andynelms@andersonnelms.com

OF COUNSEL:
Anderson Nelms & Associates, L.L.C.
847 S. McDonough Street, Suite 100
Montgomery, AL 36104

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day filed and/or served a copy of the foregoing via the CM/ECF system and/or by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid upon:

Henry C. Barnett, Jr.
150 South Perry Street
Montgomery, AL 36102-3069

Shalonda Gordan
62 Fred Gordon Drive
Hayneville, AL 36040

on this the 28th day of February, 2008.

    /s/ K. Anderson Nelms
    Keith Anderson Nelms
    Attorney for Plaintiff
    847 So. McDonough Street, Ste 100
    Montgomery, Alabama, 36104
    Voice (334) 263-7733
    Fax (334) 263-7733
    andynelms@andersonnelms.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

...nda Gordon
...d Gordon
...vill, AL 36040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7003 3110 0003 7317 0693

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540